**NDSU** | NORTH DAKOTA STATE UNIVERSITY

Exhibit A to
Complaint

February 6, 2024

**TO:**    Dr. Brent Hulke
USDA-ARS Research Geneticist

**FROM:**    Richard Horsley
Head, Department of Plant Sciences

**RE:**    Notice of Termination of Support for Graduate Affiliate Status and Adjunct
Status

I am writing to inform you that the Department of Plant Sciences has notified Dean Lee of the Graduate School and Provost Veil that we have withdrawn our support for your Graduate Affiliate Status and Adjunct Status at NDSU, respectively. This decision follows a complaint that was reviewed by the NDSU Equal Opportunity and Title IX Compliance Office. Based on the findings of that review, including allegations confirmed through student reports, we determined that it is no longer appropriate for you to continue in a role that involves students and staff in the Department of Plant Sciences.

Accordingly, you will no longer be eligible to co-advise Plant Sciences graduate students or to serve on their Graduate Supervisory Committees. Additionally, Plant Sciences will no longer manage existing grants in which you are a co-PI, the Collections account overseen by Plant Sciences, and possibly financial accounts related to the distribution of USDA-ARS sunflower inbreds. This action is necessary to ensure a safe and supportive academic environment for our students and staff and to align with university policies and expectations regarding student and staff welfare and professional conduct.

Cc:    Dr. Lanie Bilodeau, USDA-ARS
Dr. Greg Lardy
Provost Shari Veil
Graduate Dean YT Lee
Eileen Buringrud
Heather Higgins-Dochtermann

**PLANT SCIENCES**
NDSU Dept 7670 | PO Box 6050 | Fargo ND 58108-6050 | 701.231.7971 | Fax 701.231.8474 | www.ag.ndsu.nodak.edu/plantsci
Research · Teaching · Extension
Biotechnology  Breeding  Cereal Science  Forestry  Genetics  Horticulture  Physiology  Production  Turfgrass  Weed Science

NDSU is an EO/AA university